**Order entered March 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00272-CR**
**No. 05-19-00273-CR**

**HOWARD HOLLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422 & 31609-422**

## ORDER

Before the Court is appellant's March 18, 2019 pro se "motion to plead single copy" in which appellant requests permission to file only the original of his pro se brief. Appellant has tendered his brief with the motion.

We **GRANT** appellant's motion and **ORDER** appellant's brief received on March 18, 2019 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE